United States District Court
Southern District of Texas
**ENTERED**
February 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLENN BLAIR, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-15-1425 |
| § | |
| § | |
| ROBERT KERN, et al., § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this Court. This action shall be dismissed by separate order.

Signed at Houston, Texas, this 24th day of February, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE